# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00292-CV

**Giga Entertainment Media, Inc., d/b/a Selfeo, Appellant**

**v.**

**EMCF Partners, LLC, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-002786, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Agreed Motion

Filed: November 7, 2018